IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THERESA MILLER | * | |
| Plaintiff | * | |
| v. | * | 8:13-cv-02147-PWG |
| PERFORMANT RECOVERY, INC., *et al.,* | * | |
| Defendants. | * | |

\* * * * * * * * * * * * * * * * * * *

## NOTICE OF SETTLEMENT

Plaintiff Theresa Miller and Defendant Performant Recovery, Inc. (collectively, "the Parties"), by their respective undersigned counsel, notify this Court that the Parties have reached settlement of all claims alleged or asserted in the above-captioned action. The Parties anticipate that settlement shall be finalized shortly and that a Stipulation of Dismissal shall be filed within thirty (30) days of the date of this Notice.

| | |
|---|---|
| /s/ | /s/ |
| L. Jeanette Rice (Bar No. 12933)* | James M. Connolly (Bar No. 23872) |
| WALSH, BECKER, MOODY & RICE | KRAMER & CONNOLLY |
| 14300 Gallant Fox Lane # 218 | 465 Main Street |
| Bowie, MD 20715 | Reisterstown, Maryland 21136 |
| Tel.: (301) 262-6000 | Tel.: (410) 581-0070 |
| Fax: (301) 262-4403 | Fax: (410) 581-1524 |
| | |
| Counsel for Plaintiff Theresa Miller (*signed by James M. Connolly with permission of L. Jeanette Rice) | Counsel for Defendant Performant Recovery, Inc. |

E:\OFFICE\CASES\207-088\notice of settlement.wpd